NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1385, -1419

FRANK T. SHUM,

Plaintiff-Appellant,

v.

INTEL CORPORATION, LIGHTLOGIC, INC.,
and JEAN-MARC VERDIELL,

Defendants-Cross Appellants.

Appeal from the United States District Court for the Northern District of California in case no. 02-CV-3262, Senior Judge D. Lowell Jensen.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

Frank T. Shum moves without opposition for a 90-day extension of time, until November 6, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions will be granted.

FOR THE COURT

JUL 17 2009
_____
Date

cc:   Paul F. Kirsch, Esq.
      William F. Lee, Esq.
s20

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2009

JAN HORBALY
CLERK